THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Watson Finance
 Co. Inc., Appellant,
 
 
 

v.

 
 
 
 Sue M. Fisher, Respondent.
 
 
 

Appeal From Greenville County
G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No. 2012-UP-306
Submitted May 1, 2012 – Filed May 16, 2012    

AFFIRMED

 
 
 
 Kenneth E. Sowell, of Anderson, for
 Appellant.
 Rodney M. Brown, of Fountain Inn, for
 Respondent.
 
 
 

PER CURIAM: Watson
 Finance Company (Company) appeals the circuit court's order, arguing the circuit court erred in affirming the magistrate's
 order directing a verdict in favor of Fisher because the magistrate improperly
 excluded Company's testimony regarding the price of a repair bill.  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: Butler v. Edgefield, 328 S.C. 238, 248, 493 S.E.2d 838, 843 (1997) (holding the circuit
 court, acting as an appellate court in a case heard by the magistrate, cannot
 consider questions that have not been presented to the magistrate); Taylor v. Medenica, 324 S.C 200, 216, 479 S.E.2d 35, 43 (1996) (holding a party may not
 argue one ground at trial and an alternate ground on appeal).
AFFIRMED.
WILLIAMS, THOMAS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.